1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
2  JESHAWNA R. HARRELL, ESQ. (STATE BAR NO. 257773)
   PRICE AND ASSOCIATES
3  The Latham Square Building
   1611 Telegraph Avenue, Suite 1450
4  Oakland, CA 94612
   Telephone: (510) 452-0292
5  Facsimile: (510) 452-5625
   E-mail:  pypesq@aol.com

6  Attorneys for Plaintiffs

7
                        UNITED STATES DISTRICT COURT
8
                        NORTHERN DISTRICT OF CALIFORNIA
9

10

11 | ALVETT FOBBS, AS GUARDIAN AD LITEM ) | NO.   C10-01065 BZ
12 | FOR STEVE S., A MINOR, TEOLA )
   | COLEMAN, AS GUARDIAN AD LITEM FOR )
13 | JESS L., A MINOR, AUZALEA GODFREY, AS ) | [PROPOSED] ORDER APPOINTING
   | GUARDIAN AD LITEM FOR ASSATA G. AND) | GUARDIAN AD LITEM
14 | ELISA G., MINORS, TEREESE SANDERS AS )
   | GUARDIAN AD LITEM FOR ROBBIE J. AND )
15 | JONATHAN J., MINORS, TOYNICA )
   | LEDBETTER-FRANKLIN AS GUARDIAN AD )
16 | LITEM FOR KHALIF L., A MINOR, DAVID G.,)
   | D'ANGELO COLE AND DANNY GODFREY, )
17 | INDIVIDUALLY AND ON BEHALF OF ALL )
   | PERSONS SIMILARLY SITUATED, )
18 |                                                                          )
   |                     Plaintiffs, )
19 |                                                                          )
   | v. )
20 |                                                                          )
   | NEW HAVEN UNIFIED SCHOOL DISTRICT, )
21 | PAT JAUREQUI, INDIVIDUALLY, DON )
   | MONTOYA, INDIVIDUALLY, MARCUS LAM,)
22 | INDIVIDUALLY, GRACE KIM, )
   | INDIVIDUALLY, AND DOES 1 THROUGH 20,)
23 | INCLUSIVE, )
   |                                                                          )
24 |                     Defendants. )
   |                                                                          )
25

26         The Petition of ASSATA G., a minor, for the appointment of AUZALEA

27 GODFREY as Guardian Ad Litem of ASSATA G. was considered by the Court on this date.  On

28 proof made to the satisfaction of the Court, the Court finds that such appointment is expedient.

1179.02P210BSA

ORDER APPOINTING GUARDIAN AD LITEM (C10-01065 BZ)

1  **IT IS HEREBY ORDERED THAT** the petition of ASSATA G. be granted and
2  that AUZALEA GODFREY be appointed Guardian Ad Litem.
3
4  Dated:  March 18, 2010
5  _____
   HON. BERNARD ZIMMERMAN
   UNITED STATES DISTRICT COURT

1179.02P210BSA

ORDER APPOINTING GUARDIAN AD LITEM (C10-01065 BZ)