PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
JESHAWNA R. HARRELL, ESQ. (STATE BAR NO. 257773)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pypesq@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVETT FOBBS, AS GUARDIAN AD LITEM FOR STEVE S., A MINOR, TEOLA COLEMAN, AS GUARDIAN AD LITEM FOR JESS L., A MINOR, AUZALEA GODFREY, AS GUARDIAN AD LITEM FOR ASSATA G. AND ELISA G., MINORS, TEREESE SANDERS AS GUARDIAN AD LITEM FOR ROBBIE J. AND JONATHAN J., MINORS, TOYNICA LEDBETTER-FRANKLIN AS GUARDIAN AD LITEM FOR KHALIF L., A MINOR, DAVID G., D'ANGELO COLE AND DANNY GODFREY, INDIVIDUALLY AND ON BEHALF OF ALL PERSONS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> NEW HAVEN UNIFIED SCHOOL DISTRICT, PAT JAUREQUI, INDIVIDUALLY, DON MONTOYA, INDIVIDUALLY, MARCUS LAM, INDIVIDUALLY, GRACE KIM, INDIVIDUALLY, AND DOES 1 THROUGH 20, INCLUSIVE, <br><br> Defendants. | NO.  C10-01065 BZ <br><br> [PROPOSED] ORDER APPOINTING GUARDIAN AD LITEM |

The Petition of STEVE S., a minor, for the appointment of ALVETT FOBBS as Guardian Ad Litem of STEVE S. was considered by the Court on this date. On proof made to the satisfaction of the Court, the Court finds that such appointment is expedient.

1     **IT IS HEREBY ORDERED THAT** the petition of STEVE S. be granted and that

2 ALVETT FOBBS be appointed Guardian Ad Litem.

3

4 Dated: _March 18, 2010_

                                                                         *[signature]*

5                                                           HON. BERNARD ZIMMERMAN
UNITED STATES DISTRICT COURT