PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
JESHAWNA R. HARRELL, ESQ. (STATE BAR NO. 257773)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pypesq@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVETT FOBBS, AS GUARDIAN AD LITEM FOR STEVE S., A MINOR, TEOLA COLEMAN, AS GUARDIAN AD LITEM FOR JESS L., A MINOR, AUZALEA GODFREY, AS GUARDIAN AD LITEM FOR ASSATA G. AND ELISA G., MINORS, TEREESE SANDERS AS GUARDIAN AD LITEM FOR ROBBIE J. AND JONATHAN J., MINORS, TOYNICA LEDBETTER-FRANKLIN AS GUARDIAN AD LITEM FOR KHALIF L., A MINOR, DAVID G., D'ANGELO COLE AND DANNY GODFREY, INDIVIDUALLY AND ON BEHALF OF ALL PERSONS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>NEW HAVEN UNIFIED SCHOOL DISTRICT, PAT JAUREQUI, INDIVIDUALLY, DON MONTOYA, INDIVIDUALLY, MARCUS LAM, INDIVIDUALLY, GRACE KIM, INDIVIDUALLY, AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | NO.   C10-01065 BZ<br><br>[PROPOSED] ORDER APPOINTING GUARDIAN AD LITEM |

The Petition of KHALIF L., a minor, for the appointment of TOYNICA LEDBETTER-FRANKLIN as Guardian Ad Litem of STEVE S. was considered by the Court on this date. On proof made to the satisfaction of the Court, the Court finds that such appointment is expedient.

1179.02P213BSA

ORDER APPOINTING GUARDIAN AD LITEM (C10-01065 BZ)

1  **IT IS HEREBY ORDERED THAT** the petition of KHALIF L. be granted and that
2  TOYNICA LEDBETTER-FRANKLIN be appointed Guardian Ad Litem.
3
4  Dated: March 18, 2010

_____
HON. BERNARD ZIMMERMAN
UNITED STATES DISTRICT COURT

1179.02P213BSA

ORDER APPOINTING GUARDIAN AD LITEM (C10-01065 BZ)