1   PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
    BRITTANY S. ARMSTRONG, ESQ. (STATE BAR NO. 268260)
2   PRICE AND ASSOCIATES
    A Professional Law Corporation
3   1611 Telegraph Avenue, Suite 1450
    Oakland, CA 94612
4   Telephone: (510) 452-0292
    Facsimile: (510) 452-5625
5   E-mail: pypesq@aol.com

6   Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11
    ALVETT FOBBS, AS GUARDIAN AD          )   NO.  C10-01065 PJH
12  LITEM FOR STEVE S., A MINOR, TEOLA    )
    COLEMAN, AS GUARDIAN AD LITEM FOR     )   **NOTICE OF RELATED CASES TO**
13  JESS L., A MINOR, AUZALEA GODFREY,    )   **ALL PARTIES**
    AS GUARDIAN AD LITEM FOR ASSATA G.    )
14  AND ELISA G., MINORS, TEREESE         )   HON. PHYLLIS J. HAMILTON
    SANDERS AS GUARDIAN AD LITEM FOR      )
15  ROBBIE J. AND JONATHAN J., MINORS,    )
    TOYNICA LEDBETTER-FRANKLIN AS         )
16  GUARDIAN AD LITEM FOR KHALIF L., A    )
    MINOR, DAVID G., D'ANGELO COLE AND    )
17  DANNY GODFREY, INDIVIDUALLY AND       )
    ON BEHALF OF ALL PERSONS SIMILARLY    )
18  SITUATED                              )
                                          )
19            Plaintiffs,                 )
                                          )
20  v.                                    )
                                          )
21  NEW HAVEN UNIFIED SCHOOL DISTRICT,    )
    PAT JAUREQUI, INDIVIDUALLY, DON       )
22  MONTOYA, INDIVIDUALLY, MARCUS         )
    LAM, INDIVIDUALLY, GRACE KIM,         )
23  INDIVIDUALLY, AND DOES 1 THROUGH      )
    20, INCLUSIVE,                        )
24                                        )
              Defendants.                 )
25  _____   )

26          **TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

27          **NOTICE IS HEREBY GIVEN** that on April 13, 2010, Plaintiffs Toynica

28

1   Ledbetter-Franklin and Khalif L. filed a Notice of Related Cases in the Alameda County

2   Superior Court, a copy of which is attached as Exhibit A.

3   Dated: April 22, 2010                    PRICE AND ASSOCIATES

4

5                                            /s/ Pamela Y. Price
                                             _____
                                             PAMELA Y. PRICE, Attorneys for Plaintiffs
6                                            ALVETT FOBBS, STEVE S., TEOLA
                                             COLEMAN, JESS L., AUZALEA GODFREY,
                                             ASSATA G., TEREESE SANDERS, ROBBIE
7                                            J., JONATHAN J., MINORS, TOYNICA
                                             LEDBETTER-FRANKLIN, KHALIF L.,
8                                            DAVID G., D'ANGELO COLE and DANNY
                                             GODFREY

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
BRITTANY S. ARMSTRONG ESQ. (STATE BAR NO. 268260)
PRICE AND ASSOCIATES
A Professional Law Corporation
The Latham Square Building
1611 Telegraph Avenue, Ste. 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pypesq@aol.com

Attorneys for Plaintiffs

**ENDORSED**
**FILED**
**ALAMEDA COUNTY**

APR 1 8 2010

CLERK OF THE SUPERIOR COURT
By_____ ERICA BAKER
Deputy

SUPERIOR COURT OF CALIFORNIA

COUNTY OF ALAMEDA

TOYNICA LEDBETTER-FRANKLIN AS
GUARDIAN AD LITEM FOR KHALIF L.,
A MINOR,

        Petitioners and Plaintiffs,

v.

JAMES O'CONNOR, AS NEW HAVEN UNIFIED
SCHOOL DISTRICT INTERIM CHIEF BUSINESS
OFFICER,

        Defendants.

NO. RG 10-507026

ASSIGNED FOR ALL PURPOSES TO:
JUDGE WYNNE CARVILL
DEPARTMENT 21

**NOTICE OF RELATED CASES**

## I.   LIST OF RELATED CASES

| CASE NAME | CASE NUMBER | COURT | DATE FILED |
|---|---|---|---|
| Paige v. New Haven Unified School District, et al. | HG08426687 | Alameda County Superior Court | December 22, 2008 |
| Paige v. New Haven Unified School District, et al. | C09-0867 PJH | United States District Court - Northern District | February 17, 2009 (Removal date) |
| Fobbs, et. al., v. New Haven Unified School District, et al. | C09-2723 PJH | United States District Court - Northern District | June 19, 2009 |

1179.03P203BSA

-1-
NOTICE OF RELATED CASES (RG 10-507026)

**EXHIBIT A**

| Fobbs, et. al., v. New Haven Unified School District, et al. | RG 09-490113 | Alameda County Superior Court | December 21, 2009 |
| Fobbs, et. al., v. New Haven Unified School District, et al. | RG 09-490113 | United States District Court- Northern District | March 12, 2010 (Removal date) |
| Ledbetter-Franklin v. O'Connor | RG 10-507026 | Alameda County Superior Court | March 30, 2010 |

## II. MANNER IN WHICH THE CASES ARE RELATED

### STATEMENT OF FACTS

Plaintiffs TOYNICA LEDBETTER-FRANKLIN AS GUARDIAN AD LITEM FOR KHALIF L., A MINOR, is the mother of KHALIF L., a student within the NHUSD. The events at issue in this case and the above related cases took place both in, at or around James Logan High School and Bernard White Middle School in Union City, California, which are, and were, part of the NHUSD.

On December 21, 2007, Vernon Eddins, while lawfully on the premises of Bernard White Middle School, was shot and killed. He was a student who attended high school in the New Haven Unified School District in Union City, California. STEVE S., JESS L., ROBBIE J., JONATHAN J., KHALIF L., DAVID G. and D'ANGELO COLE were close personal friends of Mr. Eddins as they attended high school with Mr. Eddins. STEVE S., JESS L., ROBBIE J. and JONATHAN J. were present at the time of Mr. Eddins' murder, and were also targets who barely escaped death and/or serious injury during the incident.

Prior to this tragedy, Defendants NEW HAVEN UNIFIED SCHOOL DISTRICT (NHUSD) and the UNION CITY POLICE DEPARTMENT (UCPD) were aware of on-going, racially motivated violence and threats of violence, including shootings, directed against Mr. Eddins, Plaintiff KHALIF L. and other African-American students. NHUSD had specifically been informed that acts of violence against African-American students would take place at or near the School on December 21, 2007. NHUSD failed to take reasonable, adequate, necessary, and proper measures to secure and safeguard its premises and to protect the safety of its African-American

1   students, including Plaintiff KHALIF L. and Mr. Eddins.  NHUSD's negligence and deliberate

2   indifference was a proximate and legal cause of Mr. Eddins' death and the damages to Plaintiff

3   KHALIF L.

4           The UCPD was also aware that African-American students were the targets of acts of

5   racial violence.  Numerous complaints and reports had been lodged with the UCPD prior to Mr.

6   Eddins' murder.  The UCPD refused to take any steps to protect the rights of the African-American

7   students and on more than one occasion, told their parents to simply move out of the city in order to

8   protect their children.  Following Mr. Eddins' murder, the UCPD placed the minor Plaintiff

9   KHALIF L. as well as other African American students in greater danger by allowing their identities

10  to become known to the Latino gang members who either participated in the execution of Vernon

11  Eddins or were aware of who carried out the murder.

12                          **STATEMENT OF RELATED CASES**

13          On December 22, 2008, Angelique Paige, the mother of Vernon Eddins, filed a

14  lawsuit against New Haven Unified School District and the UCPD in Alameda County Superior

15  Court.  *(Paige v. New Haven Unified School District*, Alameda County Case No. HG08426687.)

16  On February 17, 2009, this matter was removed to federal court under *Paige v. New Haven Unified*

17  *School District*, et al., U.S. District Court Case Number C09-00687 PJH.

18          On June 19, 2009, Plaintiffs ALVETT FOBBS and TEOLA COLEMAN filed a

19  Complaint for discrimination in violation of 42 U.S.C. § 1983, the California Constitution, the

20  Unruh Act and other state claims on behalf of their sons, STEVE S. and JESS L. in the U.S. District

21  Court for the Northern District.  On July 28, 2009, an Order was issued relating *Fobbs v. New*

22  *Haven Unified School District, et al.,* U.S. District Case Number C09-02723 PJH with *Paige v.*

23  *New Haven Unified School District*, et al., U.S. District Court Case Number C09-00687 PJH.  On

24  October 7, 2009, Plaintiffs in *Fobbs v. New Haven Unified School District, et al.,* U.S. District Case

25  Number C09-02723 PJH filed a First Amended Complaint.  On October 28, 2009, NHUSD

26  answered Plaintiffs' First Amended Complaint in *Fobbs v. New Haven Unified School District, et*

27  *al.,* U.S. District Case Number C09-02723 PJH.

28

1           On December 12, 2009, the U.S. District Court denied Plaintiffs' Motion to

2   Consolidate this matter with *Paige v. New Haven Unified School District,* U.S. District Court Case

3   Number C09-00687 PJH.  On December 16, 2009, Defendant NHUSD filed a Motion for

4   Judgement on the Pleadings in *Fobbs v. New Haven Unified School District, et al.,* U.S. District

5   Case Number C09-02723 PJH.  On December 21, 2009, Plaintiffs in *Fobbs v. New Haven Unified*

6   *School District, et al.,* U.S. District Case Number C09-02723 PJH filed a Motion for Leave to File a

7   Second Amended Complaint, which included the addition of nine additional plaintiffs, and four

8   individual defendants, administrators within Defendant NHUSD, and a request for class

9   certification on behalf of all African-American students within the New Haven Union School

10  District.

11          On December 21, 2009, Plaintiffs filed suit in Alameda County Superior Court

12  against Defendant NHUSD under Title VI of the Civil Rights Act of 1964 and other state law

13  claims. (*Fobbs v. New Haven Unified School District,* Alameda County Case No. RG 09-490113.)

14  On March 12, 2010, this matter was removed to federal court under *Fobbs v. New Haven Unified*

15  *School District,* et al., U.S. District Court Case Number C10-010656 PJH.

16          On March 30, 2010, Plaintiffs filed suit in Alameda County Superior Court against

17  Defendant O'Connor, as the NHUSD Chief Business Officer.  This case arises out of the same set

18  of facts and circumstances, in which the *Fobbs v. New Haven Unified School District,* U.S. District

19  Case Number C09-02723 PJH, *Fobbs v. New Haven Unified School District,* et al., U.S. District

20  Court Case Number C10-010656 PJH and *Paige v. New Haven Unified School District,* et al., U.S.

21  District Court Case Number C09-00687 PJH arise out of.  Additionally, Plaintiff KHALIF L. in this

22  action is one of the named plaintiffs in *Fobbs v. New Haven Unified School District,* U.S. District

23  Case Number C09-02723 PJH, and *Fobbs v. New Haven Unified School District,* et al., U.S.

24  District Court Case Number C10-010656 PJH.  The violence in this case is substantially similar to

25  that in and *Paige v. New Haven Unified School District,* et al., U.S. District Court Case Number

26  C09-00687 PJH.

27          Plaintiff KHALIF L., is a victim of violence by Latino gang members in Union City

28

1179.03P203BSA

1  and specifically on school campuses in the NHUSD, which is equivalent to the violence complained

2  of in *Fobbs v. New Haven Unified School District*, U.S. District Case Number C09-02723 PJH,

3  *Fobbs  v. New Haven Unified School District*, et al., U.S. District Court Case Number C10-010656

4  PJH and *Paige v. New Haven Unified School District*, et al., U.S. District Court Case Number C09-

5  00687 PJH.  On April 9, 2009, KHALIF L. was violently attacked at Logan High School with a

6  baseball bat.  This attack was part of a course of conduct by Latino gangs intended to terrorize

7  African-American students traveling to and from school, and attending schools within the District.

8       Each of these cases arise of a racially hostile environment within NHUSD and the

9  City of Union City, where citizens of Union City were allowed to attack, assault, threaten,

10  intimidate and in the case of Mr. Eddins, murder, African-American students attending schools

11  within Union City on the basis of their race, with the knowledge of acquiescence of NHUSD and

12  UCPD.   As result of NHUSD and UCPD's discriminatory policies and/or customs and behavior,

13  many parents of African-American students were forced to send their children to schools in other

14  school districts or place them in an independent study program.

15  Dated: April 13, 2010                    PRICE AND ASSOCIATES

16

17

18                        BRITTANY S. ARMSTRONG, Attorneys for
19                        Plaintiffs ALVETT FOBBS, TEOLA COLEMAN,
                          AUZALEA GODFREY, TEREESE SANDERS,
                          STEVE S., JESS L., ASSATA G., ELISA G.,
20                        ROBBIE J., JONATHAN J., KHALIF L., DAVID G.,
                          D'ANGELO COLE and DANNY GODFREY
21

22

23

24

25

26

27

28

1179.03P203BSA

Ledbetter-Franklin v. James O'Connor, et al.
Alameda County Superior Court Case No. RG 10-507026

### PROOF OF SERVICE VIA U.S. MAIL

I declare that:

I am over the age of eighteen (18) years and a citizen of the United States. I am not a party in this action. My business address is: 1611 Telegraph Ave., Suite 1450, Oakland, California 94612. I hereby certify that on the date stated below, I served a true copy of the following documents:

### NOTICE OF RELATED CASES

by placing it in a sealed envelope with postage fully prepaid and deposited said envelope in a designated depository for the receipt of the United States Mail at Oakland, California, addressed as shown below:

William Byron Denkers, Esq.
Arnold Marcus Woods, Esq.
465 San Mateo Avenue, Suite 2
San Bruno, CA 94104

John Hughes Russell, Esq.
580 California Street, Suite 1633
San Francisco, CA 94104

Charles Henry Horn, Esq.
Joseph Anthony Whitecavage, Esq.
LeClairRyan, LLP
44 Montgomery Street, Suite 1800
San Francisco, CA 94104

Kimberly E. Colwell, Esq.
Tricia L. Hynes, Esq.
Rachel Wagner, Esq.
Meyers Nave Riback Silver & Wilson
Oakland, CA 94607

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Oakland, California, on April 13, 2010.

ARNA R. HINES