PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
JESHAWNA R. HARRELL, ESQ. (STATE BAR NO. 257773)
GEORGE S. KHOURY, ESQ. (STATE BAR NO. 269738)
PRICE AND ASSOCIATES
A Professional Law Corporation
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pypesq@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVETT FOBBS, AS GUARDIAN AD LITEM FOR STEVE S., A MINOR, TEOLA COLEMAN, AS GUARDIAN AD LITEM FOR JESS L., A MINOR, AUZALEA GODFREY, AS GUARDIAN AD LITEM FOR ASSATA G. AND ELISA G., MINORS, TEREESE SANDERS AS GUARDIAN AD LITEM FOR ROBBIE J. AND JONATHAN J., MINORS, TOYNICA LEDBETTER-FRANKLIN AS GUARDIAN AD LITEM FOR KHALIF L., A MINOR, DAVID G., D'ANGELO COLE AND DANNY GODFREY, INDIVIDUALLY AND ON BEHALF OF ALL PERSONS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>NEW HAVEN UNIFIED SCHOOL DISTRICT, PAT JAUREQUI, INDIVIDUALLY, DON MONTOYA, INDIVIDUALLY, MARCUS LAM, INDIVIDUALLY, GRACE KIM, INDIVIDUALLY, AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | NO. C10-01065 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT** |

The parties, by and through their respective counsel of record, agree that Plaintiffs may file a First Amended Complaint and Defendants will not oppose the filing. Therefore, a Motion for Leave to Amend is not required. Good cause exists as this stipulation promotes judicial efficiency. This stipulation is without prejudice to Defendants' right to file a Motion to Dismiss under Fed. Rules Civ. Pro., Rule 12(b)(6).

Dated: August 13, 2010

PRICE AND ASSOCIATES

_____
GEORGE S. KHOURY, Attorneys for Plaintiffs

Dated: August 17, 2010

LECLAIRRYAN LLP

_____
JOSEPH WHITECAVAGE, Attorneys for Defendants

## ORDER

Pursuant to the stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

Dated: 8/31/10

_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*