PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
JESHAWNA R. HARRELL, ESQ. (STATE BAR NO. 257773)
PRICE AND ASSOCIATES
A Professional Law Corporation
901 Clay Street
Oakland, CA 94607
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pamela.price@pypesq.com
E-mail: jharrell@pypesq.com

JOHN L. BURRIS, ESQ. (STATE BAR NO. 69888)
Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone (510) 839-5200
Facsimile: (510) 839-3882
E-mail: john.burris@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVETT FOBBS, AS GUARDIAN AD LITEM FOR STEVE S., et al., <br><br> Plaintiffs, <br><br> v. <br><br> NEW HAVEN UNIFIED SCHOOL DISTRICT, et al., <br><br> Defendants. | NO. C10-1065 PJH <br> [Related to Case No. C09-0687 PJH] <br> [Related to Case No. C09-02723 PJH] <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION MOTION AND HEARING** <br><br> Dated: May 9, 2011 |

The parties, by and through their respective counsel of record, agree to continue Plaintiffs' Class Certification hearing, from June 29, 2011 to August 24, 2011. Accordingly, Plaintiffs' Motion for Class Certification shall be filed by July 20, 2011, Defendants' Opposition shall be filed by August 3, 2011 and Plaintiffs' Reply Brief shall be filed by August 10, 2011. Good causes exist to continue the Plaintiffs' Class Certification Motion and Hearing to allow the parties to continue engaging in further settlement discussions, including a Further Settlement Conference with Magistrate Beeler on June 1, 2011.

///

1179.02P211JRH

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION (C10-1065 PJH)

The parties also agree to continue the Defendant's Person Most Knowledgeable (PMK) Deposition noticed by Plaintiffs for April 12, 2011, to a mutually agreeable date after the Class Certification Hearing, and to meet and confer regarding the scope of the categories in Plaintiffs' Notice of Deposition to Defendant New Haven Unified School District and the attached Request for Production of Documents.

Dated: May 9, 2011

PRICE AND ASSOCIATES

/s/ *Jeshawna R. Harrell*
JESHAWNA R. HARRELL, Attorneys for Plaintiffs

Dated: May 9, 2011

LECLAIRRYAN, LLP

/s/ *Joseph A. Whitecavage*
JOSEPH A. WHITECAVAGE, Attorneys for Defendants

## ORDER

The Court having read and considered the foregoing Stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the Class Certification Hearing shall be and hereby is continued to August 24, 2011. Plaintiffs' Motion for Class Certification shall be filed by July 20, 2011, Defendants' Opposition shall be filed by August 3, 2011 and Plaintiffs' Reply Brief shall be filed by August 10, 2011.

**IT IS SO ORDERED.**

Dated: 5/11/11

HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT