UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| FOBBS, *et al.*, | No. C 10-01065 PJH (LB) |
| Plaintiffs, | **ORDER REGARDING JUNE 1, 2011 SETTLEMENT CONFERENCE ATTENDANCE** |
| v. | |
| NEW HAVEN UNIFIED SCHOOL DISTRICT, *et al.*, | |
| Defendants. | |

The court received Mr. Leone's letters dated May 12, 2011 and May 26, 2011 (both filed as part of the public record) about the two insurance policies at issue here, the insurance representatives for each policy (George Peterson from the Northern Insurance Company and Deborah (possibly Debra) Vacher and Deborah Kennedy from Zurich Insurance Company), and Northern's coverage attorney, Linda Hsu.

The court's settlement conference order – issued in this case at ECF No. 64 – requires that an insured party shall appear at the settlement conference with a representative of the carrier with full authority to negotiate up to the limits of the coverage. Previously, the only policy at issue here was the Zurich policy. Now there is the second policy at Northern.

Based on the settlement proceedings already conducted in the case (including the related case of *Paige v. New Haven Unified School District*, No. C 09-00687 PJH) and Mr. Leone's two letters, the appropriate insurance carrier representatives are Mr. Paterson and Ms. Kennedy. *See also* Related

C 10-01065 LB
ORDER

1  Case Order, No. C 09-00687 PJH, ECF No. 24, and No. 10-1065 PJH, ECF No. 24.  In particular, as
2  Mr. Leone's letter dated April 17, 2011 reflects, the *Paige* case involved the same Zurich policy, and
3  the person with authority there ultimately was Ms. Kennedy.  (The court appreciates that Zurich
4  makes arguments to the contrary, but as the defendants in this case know, the court's conclusion is a
5  strong conclusion based on that related case.)

6  While the court's settlement order at ECF No. 64 sets forth who must attend the conference, the
7  court issues this order as a reminder.  Mr. Leone's May 26 letter reflects that Ms. Hsu is already
8  attending the settlement conference.  The court appreciates her attendance and also orders that Mr.
9  Paterson and Ms. Kennedy attend the conference as the insurance company representatives.

10  Given the timing here, the court will fax this order to Ms. Hsu (together with ECF No. 64) at
11  Selman & Breitman, facsimile number 415-979-2099, which is the information on Mr. Leone's May
12  26 letter.

13  The settlement conference is set for June 1, 2011 at 10:30 a.m., 3rd Floor, Federal Building,
14  1301 Clay Street, Oakland, California 94612.

15  **IT IS SO ORDERED.**

16  Dated: May 27, 2011

_____
LAUREL BEELER
United States Magistrate Judge