PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
JESHAWNA R. HARRELL, ESQ. (STATE BAR NO. 257773)
PRICE AND ASSOCIATES
901 Clay Street
Oakland, CA 94607
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-Mail: pamela.price@pypesq.com
E-Mail: jharrell@pypesq.com

JOHN L. BURRIS, ESQ. (STATE BAR NO. 69888)
Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
E-Mail: john.burris@johnburrislaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVETT FOBBS, AS GUARDIAN AD LITEM FOR STEVE S., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NEW HAVEN UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | NO. C10-1065 PJH (LB)<br>[Related to Case No. C09-0687 PJH]<br>[Related to Case No. C09-02723 PJH]<br><br>**[PROPOSED] ORDER APPROVING COMPROMISE OF CLAIM OF MINOR TONSA W.**<br><br>DATE: JUNE 20, 2011 |

The Court having read and considered the Plaintiffs' Ex Parte Application to approve the compromise of Plaintiffs' claims and payment of the settlement funds to Plaintiff TONSA W., and good cause appearing therefor, makes the following Orders:

**IT IS HEREBY ORDERED THAT:**

1. The compromise of Plaintiff TONSA W.'s Claim is approved. Defendant

NEW HAVEN UNIFIED SCHOOL DISTRICT, on behalf of itself and Defendants PAT JAUREQUI, DON MONTOYA, MARCUS LAM and GRACE KIM, shall pay to TIWANA SMITH as the Trustee for Plaintiff TONSA W., and her attorneys, Price And Associates, the sum of Thirty-Two Thousand Two Hundred Nineteen Dollars ($32,219) forthwith, and in any event, no later than June 28, 2011.  Upon payment of said amount, Defendants NEW HAVEN UNIFIED SCHOOL DISTRICT and shall be fully released and discharged from all claims of the Plaintiffs, including attorneys' fees and costs, arising from the facts set forth in the Ex Parte Application, and any claims against Defendants shall be dismissed with prejudice.

      2.      Each party shall bear its own attorneys fees and costs.

**IT IS FURTHER ORDERED THAT** the foregoing funds received pursuant to the settlement of this action shall be disbursed as follows:

      1.      Statutory and non-statutory costs are hereby awarded to Price And Associates, in an amount not to exceed $3,000.00;

      2.      Attorneys' fees are hereby awarded to Price And Associates in the amount of $12,887.60;

      3.      Reimbursement of out-of-pocket expenses paid for TONSA W.'s education, including moving expenses in the amount of $3,000.00 to her Guardian ad Litem, Tiwana Smith;

      4.      The immediate disbursement of $3,000.00 to TONSA W. to pay for her current educational expenses, including college tuition and fees, books, laptop and transportation to and from school;

      5.      The total amount of TONSA W.'s fees and expenses to be paid from the proceeds of the settlement are $21,887.60;

      6.      The remaining sum of $10,331.40 received from Defendants shall be placed and held in the trust account of Price And Associates pending the creation of a Minor's Compromise Blocked Trust Account as set forth herein.

      7.      Within thirty (30) days from the date of this Order, the remaining funds payable to TONSA W. shall be paid to and thereafter held in an insured account at Chase Bank, 2751 W. Grantline Road, Tracy, California 95376, from which no withdrawals can be made without

a Court Order until she turns eighteen (18).   TONSA W. shall have the right to withdraw the funds from the account within (10) days after her birthdate in 2011.

        8.    Within ten (10) days from the date of the creation of the Minor's Compromise Blocked Trust Account, this Court can transfer continuing jurisdiction over the trust to the Superior Court of the County of Alameda under California Probate Code Section 3604.

**IT IS SO ORDERED.**

Date:  _____                      _____
                                          HON. PHYLLIS J. HAMILTON
                                          UNITED STATES DISTRICT COURT