1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   JESHAWNA R. HARRELL, ESQ. (STATE BAR NO. 257773)
2  PRICE AND ASSOCIATES
   901 Clay Street
3  Oakland, CA  94607
   Telephone:  (510) 452-0292
4  Facsimile: (510) 452-5625
   E-Mail: pamela.price@pypesq.com
5  E-Mail: jharrell@pypesq.com

6  JOHN L. BURRIS, ESQ. (STATE BAR NO. 69888)
   Law Offices of John L. Burris
7  7677 Oakport Street, Suite 1120
   Oakland, CA 94621
8  Telephone: (510) 839-5200
   Facsimile: (510) 839-3882
9  E-Mail: john.burris@johnburrislaw.com

10 Attorney for Plaintiffs

11

12                  UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15 ALVETT FOBBS, AS GUARDIAN AD        )  NO. C10-1065 PJH (LB)
16 LITEM FOR STEVE S., et al.,          )  [Related to Case No. C09-0687 PJH]
                                        )  [Related to Case No. C09-02723 PJH]
17              Plaintiffs,             )
                                        )  [PROPOSED] ORDER APPROVING
18 v.                                    )  COMPROMISE OF CLAIM OF MINOR
                                        )  ELISA G.
19 NEW HAVEN UNIFIED SCHOOL            )
   DISTRICT, et al.,                    )  DATE: JUNE 20, 2011
20                                       )
                Defendants.             )
21                                       )
   _____     )
22

23         The Court having read and considered the Plaintiffs' Ex Parte Application to approve

24 the compromise of Plaintiffs' claims and payment of the settlement funds to Plaintiff ELISA G., and

25 good cause appearing therefore, makes the following Orders:

26         IT IS HEREBY ORDERED THAT:

27         1.      The compromise of Plaintiff ELISA G.'s Claim is approved.  Defendant

28

1  NEW HAVEN UNIFIED SCHOOL DISTRICT, on behalf of itself and Defendants PAT
2  JAUREQUI, DON MONTOYA, MARCUS LAM and GRACE KIM, shall pay to AUZALEA
3  GODFREY as the Trustee for Plaintiff ELISA G., and her attorneys, Price And Associates, the sum
4  of Seventeen Thousand Five Hundred Dollars ($17,500), forthwith, and in any event, no later June
5  28, 2011.  Upon payment of said amount, Defendants NEW HAVEN UNIFIED SCHOOL
6  DISTRICT and  shall be fully released and discharged from all claims of the Plaintiffs, including
7  attorneys' fees and costs, arising from the facts set forth in the Ex Parte Application, and any claims
8  against Defendants shall be dismissed with prejudice.

9        2.     Each party shall bear its own attorneys fees and costs.

10  **IT IS FURTHER ORDERED THAT**  the foregoing funds received pursuant to the
11  settlement of this action shall be disbursed as follows:

12        1.     ELISA G.'s portion of statutory and non-statutory costs awarded to
13  Price And Associates, in an amount not to exceed $3,000.00;

14        2.     ELISA G.'s portion of attorneys' fees awarded to Price And
15  Associates in the amount of $7,000.00;

16        3.     The total amount of ELISA G.'s fees and expenses to be paid from
17  the proceeds of the settlement are $10,000.00;

18        4.     The remaining sum of $7,500.00 received from Defendants shall be
19  placed and held in the trust account of Price And Associates pending the creation of a Minor's
20  Compromise Blocked Trust Account as set forth herein.

21        5.     Within thirty (30) days from the date of this Order, the remaining
22  funds payable to ELISA G. shall be paid to and thereafter held in an insured account at Bank of
23  America, 24700 Hesperian Boulevard, Hayward, California 94545-2436, from which no
24  withdrawals can be made without a Court Order until ELISA G. attains the age of eighteen.
25  ///
26  ///
27  ///
28  ///

1           6.     Within ten (10) days from the date of the creation of the Minor's

2    Compromise Blocked Trust Account, this Court can transfer continuing jurisdiction over the trust to

3    the Superior Court of the County of Alameda under California Probate Code Section 3604.

4                         **IT IS SO ORDERED.**

5

6

7    Date:  6/28/11

8                               HON. PHYLLIS HAMILTON
                                UNITED STATES DISTRICT JUDGE

9

10



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                        -3-
[PROPOSED] ORDER APPROVING COMPROMISE OF CLAIM C10-1065 PJH (LB)