PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
JESHAWNA R. HARRELL, ESQ. (STATE BAR NO. 257773)
PRICE AND ASSOCIATES
901 Clay Street
Oakland, CA  94607
Telephone:  (510) 452-0292
Facsimile: (510) 452-5625
E-Mail: pamela.price@pypesq.com
E-Mail: jharrell@pypesq.com

JOHN L. BURRIS, ESQ. (STATE BAR NO. 69888)
Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
E-Mail: john.burris@johnburrislaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVETT FOBBS, AS GUARDIAN AD LITEM FOR STEVE S., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NEW HAVEN UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | NO. C10-1065 PJH (LB)<br>[Related to Case No. C09-0687 PJH]<br>[Related to Case No. C09-02723 PJH]<br><br>**[PROPOSED] ORDER APPROVING COMPROMISE OF CLAIM OF MINOR JONATHAN J.**<br><br>DATE:   JUNE 20, 2011 |

      The Court having read and considered the Plaintiffs' Ex Parte Application to approve the compromise of Plaintiffs' claims and payment of the settlement funds to Plaintiff JONATHAN J., and good cause appearing therefor, makes the following Orders:

**IT IS HEREBY ORDERED THAT:**

    1.    The compromise of Plaintiff JONATHAN J.'s Claim is approved.  Defendant

-1-
[PROPOSED] ORDER APPROVING COMPROMISE OF CLAIM (C10-1065 PJH (LB))

1179.02P224JRH

NEW HAVEN UNIFIED SCHOOL DISTRICT, on behalf of itself and Defendants PAT JAUREQUI, DON MONTOYA, MARCUS LAM and GRACE KIM, shall pay to TEREESE SANDERS as the Trustee for Plaintiff JONATHAN J., and his attorneys, Price And Associates, the sum of Forty-Five Thousand, Nine Hundred Eighty Dollars ($45,980) forthwith, and in any event, no later than June 28, 2011.  Upon payment of said amount, Defendants NEW HAVEN UNIFIED SCHOOL DISTRICT and  shall be fully released and discharged from all claims of the Plaintiffs, including attorneys' fees and costs, arising from the facts set forth in the Ex Parte Application, and any claims against Defendants shall be dismissed with prejudice.

       2.       Each party shall bear its own attorneys fees and costs.

**IT IS FURTHER ORDERED THAT**  the foregoing funds received pursuant to the settlement of this action shall be disbursed as follows:

       1.       Statutory and non-statutory costs are hereby awarded to Price And Associates, in an amount not to exceed $3,000.00;

       2.       Attorneys' fees are hereby awarded to Price And Associates in the amount of $18,392.00;

       3.       Out-of-pocket expenses paid for his care and education, including moving expenses in the amount of $2,425.00 to his Guardian ad Litem, Tereese Sanders;

       4.       The total amount of JONATHAN J.'s fees and expenses to be paid from the proceeds of the settlement are $23,817.00;

       5.       The remaining sum of $22,163.00 received from Defendants shall be placed and held in the trust account of Price And Associates pending the creation of a Minor's Compromise Blocked Trust Account as set forth herein.

       6.       Within thirty (30) days from the date of this Order, the remaining funds payable to JONATHAN J. shall be paid to and thereafter held in an insured account at First United Services Credit Union located at 600 Bancroft Avenue, San Leandro, California  94577, from which no withdrawals can be made without a Court Order except on the following schedule:

| AGE | YEAR | AMOUNT |
|---|---|---|
| 18 | 2013 | 7,500 |

| | | |
|---|---|---|
| 20 | 2015 | 7,500 |
| 23 | 2018 | Remaining Balance |

JONATHAN J. shall have the right to withdraw the funds from the account in the years indicated on his date of birth or within (10) days after his date of birth in the years indicated.

7. Within ten (10) days from the date of the creation of the Minor's Compromise Blocked Trust Account, this Court can transfer continuing jurisdiction over the trust to the Superior Court of the County of Alameda under California Probate Code Section 3604.

**IT IS SO ORDERED.**

Date:  6/28/11



HON. PHYLLIS HAMILTON
UNITED STATES DISTRICT COURT

1179.02P224JRH

-3-
[PROPOSED] ORDER APPROVING COMPROMISE OF CLAIM (C10-1065 PJH (LB))