
LOUIS A. LEONE (SBN: 099874)
CLAUDIA LEED (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
leonel@stubbsleone.com

Attorneys for Defendants
NEW HAVEN UNIFIED SCHOOL DISTRICT et al.

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVETT FOBBS, AS GUARDIAN AD LITEM FOR STEVE S., A MINOR, TEOLA COLEMAN, AS GUARDIAN AD LITEM FOR JESS L., A MINOR, AUZALEA GODFREY, AS GUARDIAN AD LITEM FOR ASSATA G. AND ELISA G., MINORS, TEREESE SANDERS AS GUARDIAN AD LITEM FOR ROBBIE J. AND JONATHAN J., MINORS, TOYNICA LEDBETTER-FRANKLIN AS GUARDIAN AD LITEM FOR KHALIF L., A MINOR, DAVID G., D'ANGELO COLE AND DANNY GODFREY, INDIVIDUALLY AND ON BEHALF OF ALL PERSONS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>NEW HAVEN UNIFIED SCHOOL DISTRICT PAT JAUREQUI, INDIVIDUALLY, DON MONTOYA, INDIVIDUALLY, MARCUS LAM, INDIVIDUALLY, GRACE KIM, INDIVIDUALLY, AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | **Case No: C10-1065 PJH**<br><br>**STIPULATED FOR DISMISSAL WITH PREJUDICE EACH PARTY TO BEAR OWN COSTS AND ATTORNEY FEES** |

It is hereby stipulated by counsel for plaintiffs, Pamela Price, and counsel for defendants, NEW HAVEN UNIFIED SCHOOL DISTRICT, PAT JAUREQUI, INDIVIDUALLY, DON MONTOYA, INDIVIDUALLY, MARCUS LAM, INDIVIDUALLY and GRACE KIM, INDIVIDUALLY, that the above entitled action be dismissed with prejudice each party to bear their own costs and attorney fees.

**It is so stipulated.**

Dated: June 29, 2011

**PRICE AND ASSOCIATES**

*[signature]*

PAMELA PRICE
ATTORNEY FOR PLAINTIFFS

Dated: 6-30-11

**STUBBS & LEONE**

*[signature]*

LOUIS A. LEONE, ESQ.
Attorney for Defendants

Dated: 6/30/11

**LECLAIR RYAN**

*[signature]*

JOSEPH WHITECAVAGE
ATTORNEY FOR DEFENDANTS