UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALVETT FOBBS, et al.,

    Plaintiffs,

    v.

NEW HAVEN UNIFIED SCHOOL DISTRICT, et al.,

    Defendants.

Case No. 10-cv-1065-PJH

**ORDER RE PETITION FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT**

    Before the court is the "petition for withdrawal of funds from blocked account" filed by petitioner Jureko Johnson. Petitioner Johnson cites to the court's June 28, 2011 order approving compromise of a minor's claim, which provided that then-minor "Jonathan J." (a fictitious name) was entitled to withdraw $7,500 from a blocked trust account during a ten-day window starting on his 20th birthday in 2015. See Dkt. 100 at 2. Petitioner Johnson claims that he was incarcerated during that time, making him unable to withdraw the scheduled funds, and he requests an order approving a late withdrawal.

    The petition does not provide enough information for the court to approve the request. First, while petitioner Johnson implies that he is the "Jonathan J." named in the court's previous order, he does not provide a declaration so stating.

    Second, in asking the court to extend the withdrawal period, petitioner is essentially asking the court to modify its previous order. However, that order was requested by Jonathan J.'s guardian ad litem, Tereese Sanders, and cannot be modified absent a request from her. Because Jonathan J. was a minor at the time of the suit, he was not formally a party to the case, and thus cannot request that the court modify its

previous order.

Finally, while petitioner Johnson states that he was incarcerated at the time of his 20th birthday in March 2015, he does not explain when he was released, and thus, the court cannot determine whether this request is timely.

Accordingly, petitioner is directed to submit a signed declaration attesting that he is the "Jonathan J." referenced in the court's June 28, 2011 order, and providing a timeline of his incarceration and release. Also, in order to modify the court's previous order, plaintiff Tereese Sanders (as guardian ad litem to then-minor Jonathan J.) is also directed to submit a signed declaration requesting the modification.

**IT IS SO ORDERED.**

Dated: February 17, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge